Opinion issued May 1, 2003






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01253-CV

____________


TERRY SOZANSKI, Appellant


V.


COUNTRYWIDE HOME LOANS, INC., Appellee






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 0061979






MEMORANDUM OPINION

 This is an appeal from a judgment signed July 19, 2002. Appellant has invoked
the jurisdiction of this Court by filing a notice of appeal, but he has not paid the
appellate filing fee. On December 18, 2002, this Court ordered that unless, within 15
days of the date of the order, appellant paid the appellate filing fee, his appeal would
be dismissed. The 15 days have expired and appellant has not paid the appellate
filing fee.

 Accordingly, we dismiss the appeal. See Tex. R. App. P. 5; 42.3(b),(c).

PER CURIAM

Panel consists of Justices Hedges, Taft, and Nuchia.